KEVIN L. STROBEL *v.* ROSE LI-HWA STROBEL

*Rose Li-Hwa Strobel,* pro se, in support of the petition.

Decided December 30, 2002

STATE OF CONNECTICUT *v.* RONALD SWINTON

*Damon A. R. Kirschbaum,* special public defender, in support of the petition.

*Robin S. Schwartz,* deputy assistant state's attorney, in opposition.

Decided December 30, 2002

BETHLEHEM CHRISTIAN FELLOWSHIP, INC. *v.*
PLANNING AND ZONING COMMISSION
OF THE TOWN OF MORRIS

*Andrew W. Roraback,* in support of the petition.

*Kenneth R. Slater, Jr.,* in opposition.

Decided December 30, 2002